1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CRS-11-295 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF |
| v. | ) ) | DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING |
| RICHARD VARGAS, | ) ) | INFORMATION |
| Defendant. | ) ) | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Sergey Potepalov, et. al., stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over discovery in this case subject to this stipulation and associated protective order.

2. Certain of the documents contained in the government's discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not limited to, surnames, street addresses, telephone numbers,

1         driver's license numbers, social security numbers,
2         financial account numbers, dates of birth, A-file numbers,
3         and any other alphanumeric identifiers attributed to any
4         person.  Any pages of discovery that contain no personal
5         identifying information are not subject to this order.
6  3.   The Protected Material is now and will forever remain the
7         property of the United States.  The Protected Material is
8         entrusted to counsel for each defendant only for purposes
9         of representation in this case.
10  4.   Counsel for each defendant shall not give Protected
11         Material or any copy of Protected Material to any person
12         other than counsel's staff, investigator, or retained
13         expert(s).  The terms "staff," "investigator," and
14         "expert" shall not be construed to describe any defendant
15         or other person not either regularly employed by counsel
16         or a licensed investigator or expert hired in this case.
17  5.   Any person receiving Protected Material or a copy of
18         Protected Material from counsel for any defendant shall be
19         bound by the same obligations as counsel and further may
20         not give the Protected Material to anyone (except that the
21         Protected Material shall be returned to counsel).
22  6.   Counsel shall maintain a list of persons to whom any
23         Protected Material, or copies thereof, have been given.
24         Such persons shall be shown a copy of this Stipulation and
25         Order and shall sign a copy of the Stipulation and Order
26         and note that they understand its terms and agree to them.
27  7.   The defendants in this case may review the Protected
28         Material and be aware of its contents, but shall not be

1 | given control of the Protected Material or any copies
2 | thereof.  Notwithstanding the foregoing, counsel are
3 | permitted to provide each defendant with copies of
4 | documents otherwise classifiable as Protected Material so
5 | long as counsel completely redact <u>all</u> personal identifying
6 | information from those documents prior to providing them
7 | to a defendant.
8 | 8. The foregoing notwithstanding, after the Trial
9 | Confirmation Hearing in this case, counsel, staff, and
10 | investigator for any defendant who has confirmed for trial
11 | may make copies of the Protected Material for trial
12 | preparation and presentation.  Any copies must, however,
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

remain in the possession of counsel, staff, investigator, expert or the Court.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: September 29, 2011 By:  /s/ Daniel S. McConkie
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney

DATE: September 29, 2011       /s/ J. Toney
                                        J. TONEY
                                        Attorney for RICHARD VARGAS
                                        By Verbal Authorization

**IT IS SO ORDERED:**

DATED:   September 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE