J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Richard Vargas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 11-295 MCE |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING |
| v. | ) |
| | ) Nov. 15, 2012 before |
| RICHARD VARGAS, et al | ) Judge England |
| Defendants | ) |

This matter is now set for Sentencing on August 30, 2012. Because the parties need more time to complete the negotiations which may affect the Government's sentencing recommendation, the parties STIPULATE the present date be vacated and the case continued until November 15, 2012 and request the Court so order.

Dated August 28, 2012

Respectfully submitted,

/s/DANIEL MC CONKIE                      /s/ J TONEY

Daniel McConkie                          J Toney

Assistant U.S. Attorney                  Attorney for Richard Vargas

1

**ORDER**

In accordance with the parties' stipulation, IT IS SO ORDERED. Judgment and sentencing in this matter is continued from August 30, 2012 to November 15, 2012 at 9:00 a.m.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2