J. Toney
Attorney at Law
State Bar No. 43143
P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Richard Vargas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 11-295 MCE |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING SENTENCING |
| RICHARD VARGAS, et al | ) November 8, 2012 before |
| Defendants | ) Judge England |

Because the Court is not available to hear this matter on November 15, the parties request the sentencing be calendared for November 8, 2012 at 9:00 AM and request the Court so order.

Dated September 23, 2012

Respectfully submitted,

/s/DANIEL MC CONKIE                    /s/ J TONEY

Daniel McConkie                        J Toney

Assistant U.S. Attorney                Attorney for Richard Vargas

IT IS SO ORDERED:

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1